# EXHIBIT 2

**Globe Family Services Trust • Underwritten By Globe Life And Accident Insurance Company • Oklahoma City, OK**

Check One ▶ **Enrollment For –** ☐ $5,000, ☒ $10,000 or ☐ $20,000 **Life Insurance**

1. Name _Velma Middlebrooks_
2. Sex M☐ F☒    3. Birthdate REDACTED
4. Street Address REDACTED  Apt. ___
   Tele. Number REDACTED
   City _Atlanta_  State _GA_  Zip Code _30318_
5. Name of Beneficiary _Dauther-Sherion Moon_
6. Relationship _Deborah Lewis - Dauther_

|  | YES | NO |
|---|---|---|
| 7. Is the Proposed Insured currently disabled due to illness, confined to a hospital, nursing facility or does the Proposed Insured require the use of a wheelchair? | ☐ | ☒ |
| 8. In the past 3 years, has the Proposed Insured had or been treated for: | | |
| (a) Cancer, coronary artery disease, or any disease or disorder of the heart, brain or liver? | ☐ | ☒ |
| (b) Chronic kidney disease or kidney failure, muscular disease, mental or nervous disorder, chronic obstructive lung disease, drug or alcohol abuse, or hospitalized for diabetes? | ☐ | ☒ |
| (c) Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or tested positive on an AIDS related blood test? | ☐ | ☒ |
| 9. Does the Proposed Insured have any chronic illness or condition which requires periodic medical care or may require future surgery? | ☐ | ☒ |
| 10. Does the Proposed Insured intend to replace or change any existing life insurance policies or annuities in connection with this enrollment? If yes, list company name and address of existing insurance on reverse side. | ☐ | ☒ |

I AM ENCLOSING THE INITIAL PREMIUM AND UNDERSTAND THAT THE INSURANCE APPLIED FOR WILL BECOME EFFECTIVE ON THE DATE THIS ENROLLMENT IS APPROVED IN THE ADMINISTRATIVE OFFICE OF GLOBE LIFE AND ACCIDENT INSURANCE COMPANY. Should the enrollment be declined, the amount paid will be refunded.

DATE _1-24-2003_    X _Velma Middlebrooks_
APPLICANT – OWNER SIGNATURE

This enrollment with check or cash should be mailed in the return envelope enclosed.
Make check payable to Globe Life And Accident Insurance Company.

Form 4657(10)    #0700  0072  3047  APF3SL8024