# EXHIBIT 3

**UNDERWRITTEN BY GLOBE LIFE AND ACCIDENT INSURANCE COMPANY · OKLAHOMA CITY, OK**
**GLOBE FAMILY SERVICES TRUST**
(PLEASE PRINT)     **ENROLLMENT FOR ☒ $5,000 OR FOR ☐ $10,000 LIFE INSURANCE**

1  Name __Velma Middlebrooks__                    2. Sex  M ☐ F ☒  3. Birthdate __ON FILE__
4  Street Address __REDACTED__                              Tele. Number __REDACTED__
   City __Atlanta__                                  State __GA__      Zip Code __30318-5924__
5  Name of Beneficiary __ON FILE  Deborah Lewis REDACTED__     6. Relationship __ON FILE__

7  Is the Proposed Insured currently disabled due to illness, confined to a hospital, nursing facility or does            YES  NO
   the Proposed Insured require the use of a wheelchair?                                                                    ☐   ☒
8  In the past 3 years, has the Proposed Insured had or been treated for:
   (a) Cancer, coronary artery disease or any disease or disorder of the heart, brain or liver?                            ☐   ☒
   (b) Chronic kidney disease or kidney failure, muscular disease, mental or nervous disorder, chronic
       obstructive lung disease, drug or alcohol abuse, or hospitalized for diabetes?                                      ☐   ☒
   (c) Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC) or tested positive on an
       AIDS related blood test?                                                                                            ☐   ☒
9  Does the Proposed Insured have any chronic illness or condition which requires periodic medical care or
   may require future surgery?                                                                                             ☐   ☒
10 Does the Proposed Insured intend to replace or change any existing life insurance policies or annuities in
   connection with this enrollment? If yes, list company name and address of existing insurance on reverse side           ☐   ☒

I am enclosing the initial premium and understand that the insurance applied for will become effective on the date
this enrollment is approved in the Administrative Office of Globe Life And Accident Insurance Company  Should the
enrollment be declined, the amount paid will be refunded

Date __8-5-05__        __Velma L. Middlebrooks__
                          Applicant-Owner Signature
                This enrollment with check or cash should be mailed in the return envelope enclosed
Form 4857(10)        Make check payable to Globe Life And Accident Insurance Company          (TL-100)

100028036312081405005265015503030420058500001100005