# EXHIBIT 4

# 00528 03\*

# Power of Attorney

STATE OF Georgia

COUNTY/PARISH OF DeKalb - Fulton

*KNOW ALL MEN BY THESE PRESENTS:*

That I, Velma Hinton - Velma Hinton, of the full age of majority and a resident of Fulton County, do hereby constitute and appoint:

Dr. Sherian (Sherry) Moon - Dr. Sherian Moon

a person of the full age of majority as my true and lawful Attorney-in-Fact, for me, and in my name, place and stead to conduct, manage and transact all and singular my affairs, business, concerns and matters of whatever nature or kind, without any exception or reservation whatsoever; to open all letters of correspondence addressed to me and to answer the same; to make all banking transactions including opening and closing accounts as well as deposits and withdrawals from same; and generally to do and perform all and every other act, matter and thing whatsoever, as shall or may be requisite and necessary, touching or concerning my affairs, business or assets as fully, completely and effectually, and to all intents and purposes with the same validity, as if all and every such act, matter or thing, were or had been particularly stated, expressed, and especially provided for, or as I could or might do if personally present; also with full power of substitution and revocation; and I hereby agree to ratify and confirm all and whatsoever my said agent shall lawfully do or cause to be done by virtue of this act of procuration. I further give and grant unto my said Attorney-in-Fact full power and authority to sign all papers, deeds and documents; to issue all receipts and to do all acts necessary and proper to accomplish any and all of the duties hereinabove specified, with the same validity as I might myself do, were I personally present and acting for myself, and I hereby ratify and confirm whatever my said Attorney may do by virtue of this power. This agency is "durable" and shall not be deemed revoked by my disability or incapacity; nor shall this agency be deemed revoked by the passage of time.

THUS DONE AND PASSED, on this 31 day of July 20 06, in the presence of the undersigned competent witnesses who have hereunto signed their names with appearer and me, Notary, after due reading of the whole.

Witnesses:

_____    _____

_____

_____
Notary Public