# EXHIBIT 6



DATE 04/27/07       AND ACCIDENT INSURANCE CO.       107 BRM

VELMA MIDDLEBROOKS
REDACTED
POWDER SPGS GA 30127

IN RE:00J280363
INSURED     : VELMA MIDDLEBROOKS
POLICYOWNER : VELMA MIDDLEBROOKS

DEAR POLICYHOLDER:

PLEASE COMPLETE ANY APPLICABLE SECTIONS BELOW. FOR A CHANGE OF BENE-
FICIARY, THE FORM MUST BE SIGNED BY THE POLICYOWNER.
BENEFICIARY CHANGE - (PLEASE PRINT FULL NAME)

PRIMARY BENEFICIARY Dr. Sherlon Moon    RELATIONSHIP daughter

ADDRESS-STREET REDACTED    STATE Powder Springs  ZIP GA 30127

CONTINGENT BENEFICIARY none    RELATIONSHIP _____

ADDRESS-STREET _____    STATE _____ ZIP _____

I HEREBY REVOKE ALL PREVIOUS BENEFICIARY DESIGNATIONS AND NAME THE
BENEFICIARY(IES) AS LISTED ABOVE AS OF THE DATE SIGNED.

5/2/07        Velma Hinton                      Mother
DATE          SIGNATURE OF POLICYOWNER AND RELATIONSHIP TO INSURED

AREA CODE 628 TELEPHONE NUMBER REDACTED

INSURED NAME CHANGE-THE NAME OF THE INSURED HAS BEEN CHANGED TO

_____
                DO NOT SEND POLICY
REQUEST FOR ADDRESS CHANGE -
_____ CHANGE ADDRESS FOR FUTURE CORRESPONDENCE AND BILLING.

PREMIUM PAYOR Myself or my daughter (Dr. Sherlon Moon)

STREET ADDRESS  REDACTED

CITY AND STATE Powder Springs, GA        ZIP 30127
112



**GLOBE LIFE AND ACCIDENT INSURANCE CO.**

DATE 04/27/07        107 BRM

VELMA MIDDLEBROOKS
REDACTED
POWDER SPGS GA 30127

IN RE: 00J280363
INSURED    : VELMA MIDDLEBROOKS
POLICYOWNER : VELMA MIDDLEBROOKS

DEAR POLICYHOLDER;

PLEASE COMPLETE ANY APPLICABLE SECTIONS BELOW. FOR A CHANGE OF BENEFICIARY, THE FORM MUST BE SIGNED BY THE POLICYOWNER.

BENEFICIARY CHANGE - (PLEASE PRINT FULL NAME)

PRIMARY BENEFICIARY _Dr. Sherion Moon_   RELATIONSHIP _daughter_

ADDRESS-STREET _REDACTED_   STATE _Powder Springs_ ZIP _GA 30127_

CONTINGENT BENEFICIARY _none_   RELATIONSHIP _____

ADDRESS-STREET _____ STATE _____ ZIP _____

I HEREBY REVOKE ALL PREVIOUS BENEFICIARY DESIGNATIONS AND NAME THE BENEFICIARY(IES) AS LISTED ABOVE AS OF THE DATE SIGNED.

_5/2/07_        _Velma Hinton_              _Mother_
DATE        SIGNATURE OF POLICYOWNER AND RELATIONSHIP TO INSURED

AREA CODE _678_ TELEPHONE NUMBER _REDACTED_

INSURED NAME CHANGE-THE NAME OF THE INSURED HAS BEEN CHANGED TO

_____
DO NOT SEND POLICY

REQUEST FOR ADDRESS CHANGE -
_____ CHANGE ADDRESS FOR FUTURE CORRESPONDENCE AND BILLING.

PREMIUM PAYOR _Myself or my daughter (Dr. Sherion Moon)_

STREET ADDRESS _REDACTED_

CITY AND STATE _Powder Springs, GA_   ZIP _30127_

112