# EXHIBIT 7

##CFOPD232

Date 05/16/07

VELMA MIDDLEBROOKS
REDACTED
POWDER SPGS GA
30127-5651

Policy Number: 00-J280363

Ins: MIDDLEBROOKS, VELMA

Beneficiary Endorsement

As requested, we have changed our records to reflect the following beneficiary information on the above referenced policy.

Primary Beneficiary:    DR. SHERION MOON

All previous beneficiary designations for this policy are now cancelled. By recording this new change, the Company agrees that any provision of this policy requiring an endorsement of the actual policy so as to affect a change of beneficiary is hereby waived.

Keep this endorsement of change with your policy.

Policyholders Service