# EXHIBIT 9

## DeKalb Medical — Discharge Education and Instructions

| Hinton, Velma L | 3232 | 69y  F  REDACTED | Brice, Jade K  00702881/140668146 |

### Discharge Information

#### Discharge Orders

##### Discharge

- Discharge Order Home;**Double click here to open form and VIEW ALL discharge instructions.**

Discharge to Home with Hospice on Mar-08-2009 ✳
Discharge Diagnosis: copd,pah,htn,dm
Prescriptions on chart
Diet: AHA, Low cholesterol, Diabetic, 2 gm sodium
Activity Level: With assistance only
I have reviewed the Medication Profile - Discharge Report and have made corrections/additions as needed for the complete list of discharge medications.
Follow up with: hospice MD

- Physical Status:        Stable
- Discharge To:           Other (list facility), home hospice
- Mode of Transport:      Stretcher
- Mode of Travel:         Non-emergent ambulance

### Interdisciplinary Plan of Care

- Activity Level:             With assistance only
- Discharge Diet:             Diabetic, Low fat / low cholesterol
- Fluid Restriction:          N/A
- Diet Instructions:          as mentioned above
- Home Health Agency Referral: N/A
- Hospice Referral:           Yes, referral made, 404-869-3000
- Durable Medical Agency Referral: N/A
- For questions about referrals call: Central campus Case Management office @ 404-501-5669

### Appointment

- Follow Up With (Name & phone number):   follow-up with hospice MD

### Education / Instructions

- Discharge Information:           Discharge instructions reviewed with patient/family/significant other
- Diabetes Survival Skills Education: Yes, instruction given
- Vaccine Status:                  N/A
- Medication Instructions:         Prescriptions given to patient
- Medication Reconciliation Performed: Performed on discharge
- Pain Management:                 N/A

- Disease-Specific Education: N/A
- Additional Instructions:    Up with assistance only.

### Outpatient Medication List (Rx Writer) Instructions

#### Outpatient Medications

Lantus;20 units sub-Q every night;

| Requested by: Scruggs, Monica (RN) | Mar-08-2009 14:52 |
| Printed from: DK P 3200 Ns St (DK3200P1) | Page 1 of 3 |

 **DeKalb Medical**  Discharge Education and Instructions

                                                     H00JJ80J63

| Hinton, Velma L | 3232 | 69y    F | Brice, Jade K |
|---|---|---|---|
|  |  | REDACTED | 00702881/140668146 |

Deltasone 20 mg oral tablet;20 mg  by mouth daily for 4 days then 10 mg daily then stop;

Combivent;2 puffs 4-6 hours as needed for SOB;

metoprolol 25 mg oral tablet;1  orally   twice a day by mouth;

furosemide 40 mg oral tablet;1  orally   every day;

sugar pill prn;3 to 4 times a week;

lasix;once a day;

avapro;once a day;

iron;once a day;

dulcolax;once a day;

senokor;once a day;

## Signatures

Scruggs, Monica (RN) [Signed Mar-08-2009 14:40]
Authored: Discharge Information, Interdisciplinary Plan of Care, Appointment, Education / Instructions, Outpatient Medication List (Rx Writer) Instructions

Case 1:09-cv-03574-TCB   Document 1-9   Filed 12/18/09   Page 4 of 5

# OO J 280363

 **DeKalb Medical** — Discharge Education and Instructions

| Hinton, Velma L | 3232 | 69y    F | Brice, Jade K |
|---|---|---|---|
| | | REDACTED | 00702881/140668146 |

**FOR ASSISTANCE / SUPPORT WHEN TRYING TO QUIT SMOKING:**
```
The DMC Wellness Center ...................................................404-501-2222
The Tobacco Quit Line......................................................1-800-270-7867
American Lung Association of Georgia.......................................1-800-LUNG-USA
American Heart Association of Georgia......................................770-952-1316
```

**FOR ASSISTANCE WITH STROKE PREVENTION AND RECOVERY:**
```
DeKalb Stroke Club.........................................................404-501-WELL
American Stroke Association................................................1-888-478-7653
Stroke Family "Warm Line"..................................................1-800-478-7653
```

**For Information about resources at DeKalb Medical, please call one of the following services:**
```
Behavioral Health Information Services and Referral........................404-501-1800
Cancer Information Line....................................................404-501-3279
Consumer Health Libray.....................................................404-501-5638
Diabetes Education.........................................................404-501-1790
Heart Wellness Center (Heart and Lung Health and Rehabilitation)...........404-501-7155
Outpatient Diet and Nutrition Information..................................404-501-5611
Physicians Care Clinic.....................................................404-501-7940
Physicians Referral Line...................................................404-501-1111
Rehab Results Group (Outpatient Services)..................................404-501-5140
Senior Spectrum (Programs and Services for Seniors)........................404-501-7494
```

**Additional Community Resources Phone Numbers:**
```
Aging Connection (Atlanta Regional Commission..............................404-364-2626
Child Care Resources and Referral Service..................................404-885-1585
Crime Victim Advocacy Council..............................................404-333-9254
DeKalb Community Service Board.............................................404-892-4646
DeKalb County Board of Health..............................................404-294-3700
DeKalb County - Department of Family and Children's Services...............404-370-5000
First Call for Help - A Service of the United Way..........................404-614-1000
Georgia Better Health Care.................................................404-982-3535
Marta Scheduling...........................................................404-501-5140
Senior Spectrum (Programs and Services for Seniors)........................404-848-4711
Social Security Inforamtion................................................1-800-772-1213
Task Force for the Homeless................................................1-800-448-0636
```

If you smoke cigarettes or use tobacco, it is important for your health to quit. Ask your physician or nurse for assistance or see reference above.

*** Please bring a copy of this instruction sheet with you when you visit your doctor. ***
*If any problems develop before your follow-up appointment, contact your physician.*

Nurse Signature _____  3/8/09

I HAVE BEEN ADVISED OF/UNDERSTAND THE ABOVE DISCHARGE INSTRUCTIONS AND WAS GIVEN A COPY.
Patient/Significant
Other Signature _____             Date 3/8/09

Copy to patient
Signed copy placed in paper chart

Requested by: Scruggs, Monica (RN)                                    Mar-08-2009 14:52
Printed from: DK P 3200 Ns St (DK3200P1)                              Page 3 of 3

# DISCHARGE EDUCATION AND INSTRUCTIONS

Follow-up appointment information: _Mv Dr Schwartz in 1wk_

**If any problems develop before your follow-up appointment, contact your Physician(s).**

Physician's printed discharge instructions given/reviewed: ☐ Yes ☑ NA
Discharge medication reconciliation performed: ☑ Yes ☐ No; Document Intervention below

DISCHARGE MEDICATIONS: ☑ Prescriptions given to patient/family/significant other ☐ None

| MEDICATION | DOSE | SCHEDULE | LAST DOSE GIVEN | INSTRUCTIONS GIVEN<br>Check (✓) if Preprinted Info Given |
|---|---|---|---|---|
| Atacand | 25mg | Twice a day | 9-28am | Take 9-28pm |
| Protonix | 40mg | daily | 9-28am | Take 9-29am |
| Lasix | 40mg | daily | 9-28am | Take 9-29am |
| Avicand | 32mg | daily | 9-28am | Take 9-29am |
| K-Dur | 20mEq | daily | 9-28am | Take 9-29am |
| Lactulose | 30cc | daily | 9-28am | Take 9-29pm |

PAIN MANAGEMENT: ☑ NA ☐ Medications noted above ☐ Therapy: _____ ☐ Other: _____
ACTIVITY: ☐ No Restrictions ☑ As Tolerated ☐ With Assistance Only ☐ Other: _____
NUTRITION: ☐ No Restrictions ☑ Recommended Diet: _1820 calorie ADA; Low Sodium_
SMOKING CESSATION EDUCATION ☐ Yes ☑ NA
SPECIFIC DISCHARGE REFERRALS: ☑ Home Health Agency ☐ Medical Equipment, Type _____ ☑ Other: _PT/OT/_
Name of Agency: _DMC Home Health_    Phone Number: _____
For questions about discharge referrals, call (404) 501-1120.  Case Manager/Social Worker: _____

| ADDITIONAL APPOINTMENTS / INSTRUCTIONS / CONTACTS | Telephone |
|---|---|
| Diabetes Survival Skills taught to all diabetic patients ☑ Yes ☐ N/A | |
| ✓ Blood Sugars be Rechecked before each meal and at bedtime. Call Primary DrMDr for Blood Sugar less than 70 or greater than 300. | |

PLEASE TURN TO THE BACK OF THIS PAGE FOR ADDITIONAL RESOURCE INFORMATION

Nurse's Signature: _____

I HAVE BEEN ADVISED OF/UNDERSTAND THE ABOVE DISCHARGE INSTRUCTIONS.
Patient/Significant Other Signature: X_____   Date: 9-28-06

**DeKalb Medical Center**

DISCHARGE EDUCATION AND INSTRUCTIONS
White copy to chart
Yellow copy to patient

DMC FORM #1291 (Rev. 01/05/06)

HINTON, VELMA
THOMPSON, MICHAEL W 016642
DOB REDACTED   F 09/26/06 03:13
MR# 30702881   Acc#135478774