# EXHIBIT 11

**INSURED'S NAME: Velma MiddleBrooks**
**POLICY NUMBER: 00J280363**

---

***Dennis:*** Insurance Customer Service. My name is Dennis. May I ask your name, please?

***Velma Middlebrooks:*** Uh, yes, Velma _____ . *(sounded like Hinton or Henshion)*

***Dennis:*** Okay, and how can we assist you today?

***Velma Middlebrooks:*** Uh, yes, I want to change the beneficiary on my policy, please.

***Dennis:*** Okay, do you have your policy number with you?

***Velma Middlebrooks:*** Huh?

***Dennis:*** Do you have your policy number with you?

***Velma Middlebrooks:*** Yes.

***Dennis:*** Okay, could I have that, please?

***Velma Middlebrooks:*** Um, 00 J2 80 363. *(coughing)*

***Dennis:*** You're Velma Middlebrooks?

***Velma Middlebrooks:*** Yes.

***Dennis:*** Alright, now, I just need to ask you if you can verify your date of birth and your mailing address, please?

***Velma Middlebrooks:*** REDACTED

***Dennis:*** And your mailing address?

***Velma Middlebrooks:*** Um, REDACTED It's in Atlanta.

***Dennis:*** Alright. Right now, I'm showing that your beneficiary is Doctor Sharion Moon. Are we -.

***Velma Middlebrooks:*** Yeah, I -.

*Dennis:* - keeping her on there or, and adding somebody else, or was you removing her off and putting somebody in her place?

*Velma Middlebrooks:* Yes, I'm taking her off.

*Dennis:* Okay. Who was you gonna put in her place?

*Velma Middlebrooks:* Uh, my other daughter.

*Dennis:* Okay, and –

*Velma Middlebrooks:* Adri -.

*Dennis:* - her name is? What was her name?

*Velma Middlebrooks:* Adrian. Rich.

*Dennis:* Okay, ADRIAN?

*Velma Middlebrooks:* Um-hum.

*Dennis:* And then RICH?

*Velma Middlebrooks:* Huh?

*Dennis:* RICH, is how you spell the last name?

*Velma Middlebrooks:* Uh-huh, RICH, uh-huh.

*Dennis:* Okay, were you adding anybody or is it just uh, Ms. Rich?

*Velma Middlebrooks:* Uh, Adrian Rich and uh, Barbara. Mallory.

*Dennis:* Okay, MALLORY?

*Velma Middlebrooks:* Um, yes.

*Dennis:* Okay, and her relationship to you is?

*Velma Middlebrooks:* They're, they're my daughters.

*Dennis:* Oh, she's your daughter, too?

***Velma Middlebrooks:*** Um-hum.

***Dennis:*** Okay, were you adding anyone else to benefit, in addition to that?

***Velma Middlebrooks:*** No, just them.

***Dennis:*** Alright now, I have that change in the system for you. Are we able to help you out with anything else today?

***Velma Middlebrooks:*** No, that's all.

***Dennis:*** Okay, well, I thank you for your time and you have a good day today.

***Velma Middlebrooks:*** You too. Thank you.

***Dennis:*** Bye-bye.

***Velma Middlebrooks:*** Bye-bye.