# EXHIBIT 12

## CERTIFICATE OF DEATH/STATE OF GEORGIA

Birth Number: 1939GA000042255
Local File Number: 1566

**DECEASED**
- Decedent's Name: VELMA M. HINTON
- If Decedent is Female, Enter Maiden Last Name: LEWIS
- Sex: FEMALE
- Date of Death: APRIL 10, 2009
- Race: BLACK
- Origin of Decedent: AMERICAN
- Date of Birth: REDACTED
- Age - Last Birthday: 69
- County of Death: DEKALB
- City, Town or Location of Death: DECATUR
- Hospital or Other Institution Name: DEKALB MEDICAL CENTER-N. DECATUR
- If Hospital or Inst.: INPATIENT
- State and County of Birth: GA./FULTON
- Citizen of What Country: U.S.A.
- Married, Never Married, Widowed, Divorced: WIDOWED
- Spouse: LARRY HINTON
- Was Decedent Ever in U.S. Armed Forces: NO
- Social Security Number: REDACTED
- Usual Occupation: DISABLED
- Kind of Industry or Business: NEVER WORKED
- Residence - State: GA.
- County: FULTON
- City, Town or Location: ATLANTA 30318
- Street and Number and Zip Code: REDACTED
- Inside City Limits: YES

**PARENTS**
- Father's Name: JOHNNY NILES
- Mother's Maiden Name: ODESSA WASHINGTON

**INFORMANT**
- Informant's Name: DR. SHERION MOON
- Mailing Address: REDACTED, POWDER SPRINGS, GA. 30127
- Relationship: DAUGHTER

**DISPOSITION**
- Burial, Cremation, Removal: BURIAL
- Disposition Date: APRIL 16, 2009
- Cemetery or Crematory Name: LINCOLN CEMETERY 30314
- Location: ATLANTA, GA. FULTON CTY.
- Funeral Director: STEPHANIE HOLLINGSWORTH
- Fun. Dir. License No.: 4917
- Name and Address of Facility: DONALD TRIMBLE MORTUARY, INC. P.O. BOX 17738, ATLANTA, GEORGIA 30316
- Est. License No.: 1091
- Embalmer: DAVID JONES
- Embalmer License No.: 3376

**CAUSE OF DEATH**
- 23. Immediate Cause: Part A — multi organ failure

Autopsy: NO

Was Operation Performed: NO

**CERTIFIER**
- Date Signed: 4/28/09
- Hour of Death: 3:30 A.M.
- Name, Title, and License No. of Certifier: A. Jey Syed, Lic. No. 059357

**REGISTRAR**
- Signature: Wanda Cason
- Date Received by Registrar: MAY 01 2009

---

# Certificate of Record

This is an exact copy of the death certificate received for filing in DeKalb County.

County custodian: Wanda Cason

Issued by: [signature]   Date: 5-05-09