# EXHIBIT 15

2nd notice Submitted. 4/29/09

Dr. Sherion Middlebrooks Moon SS# REDACTED
is Velma L. Middlebrooks Hintons
legal & only authorized Beneficiary
for Policy Number 00J 280363.
Please pay claim to her at
REDACTED
Powder Springs, GA. 30127

D. S_____ 4/29/09

Attached per your request is
this written statement requesting
you to expedite and mail benefits
to her (Dr. Sherion M. Moon)
SS# REDACTED
Immediately, A Death notice from
Donald Trimble Mortuary, Death certificate
and a copy of AJC obituary.

# Donald Trimble Mortuary, Inc.
1876 Second Avenue, Decatur, GA 30032- (404)371-0772

DATE April 10, 2009  SERVICE NO. 09-0194
DECEASED NAME Velma M. Hinton
DATE OF DEATH April 10, 2009  PLACE OF DEATH Dekalb County Medical Center

Charges are only those items that you selected or that are required. If we are required by law or by a cemetery or a crematory to use any items, we will explain the reasons in writing below. If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

**A. CHARGE FOR SERVICES:**
1. Professional Services
   - Funeral Director & Staff $ 1,550.00
   - Embalming $ 550.00
   - Administration Fees $ -0-
   - Other Preparations $ 175.00
   - NOA / Identity Theft Protection $ -0-
   - $ -0-
   - $ -0-
   - $ 2275.00

2. Facilities & Equipment
   - Use of Equipment $ 350.00
   - Use of Facilities $ -0-
   - Basic Use of Facilities $ -0-
   - Viewing/Visitation $ 250.00
   - Other Use of Facilities $ -0-
   - $ 600.00

3. Automotive Equipment
   - Funeral Coach $ 275.00
   - Flower Car $ -0-
   - Lead Car $ -0-
   - Clergy's Car $ -0-
   - Utility Vehicle $ 175.00
   - Limousine $ 250.00
   - Additional Limousines $ -0-
   - $ -0-
   - $ 700.00

**B. CHARGES FOR MERCHANDISE:**
- Casket $ 1,695.00
- 20 gauge Bradford--White Majestic
- Outer container $ -0-
- Outer Container
- Alternate Container $ -0-
- Urn $ -0-
- Register Book/Cards $ -0-
- Burial Clothing $ -0-
- Other Clothing $ -0-
- Acknowledgement Cards $ -0-
- Headstone or Marker $ -0-
- Air Tray $ -0-
- Memorial Folders $ -0-
- Prayer Cards $ -0-
- $ -0-
- $ 1695.00

The only warranty on the casket and/or outer burial container sold in connection with this service is the express written warranty, if any, granted by the manufacturer. The funeral home makes no warranty, express or implied, with respect to the casket and/or outer burial container.

Billing To Sherlon Moon
REDACTED
Powder Springs, GA 30127-

**C. SPECIAL CHARGES:**
- Forwarding of Remains to $ -0-
- Receiving of Remains from $ -0-
- Immediate Burial $ -0-
- Direct Cremation $ -0-
- Body Donation $ -0-
- Other Cost $ -0-
- $ -0-

**D. CASH ADVANCES:**
- Cemetery Charges $ -0-
- Newspaper Notice $ -0-
- Card of Thanks $ -0-
- Certified Copies $ 10.00
- Clergy Honorarium $ -0-
- Flowers $ 175.00
- Marker Foundation $ -0-
- Vault Service Fee $ -0-
- Tent Rental $ -0-
- Chair Rental $ -0-
- Other $ -0-
- Other $ -0-
- Other $ -0-
- $ -0-
- $ -0-

We charge you for our services in obtaining:
$ 185.00

**SUMMARY OF CHARGES:**
- A. CHARGES FOR SERVICES $ 3,575.00
- B. CHARGES FOR MERCHANDISE $ 1695.00
- C. SPECIAL CHARGES $ -0-
- D. CASH ADVANCES $ 185.00
- E. SALES TAX, IF APPLICABLE $ 69.65
- TOTAL FUNERAL HOME CHARGES $ 5524.65

**LESS CREDIT AND PREPAYMENTS:**
- Service Discounts $ 870.00
- Burial Insurance $ -0-
- Life Insurance $ -0-
- Down Payment $ -0-
- TOTAL CREDIT $ 870.00
- BALANCE DUE $ 4654.65

If any law, cemetery or crematory requirements have required the purchase of any of the items listed above the law or requirement is explained below.

Reason for Embalming Public Viewing and Funeral

I hereby agree that I have examined the above stated items and found them to be correct and according to the arrangements requested and I hereby acknowledge receipt of a copy of this memorandum and agreement. I hereby represent that I have sufficient funds and assets legally available for payment of cash price and hereby agree and covenant jointly and severally to make payments of $ 0.00 within 30 days. A late charge of 1.50 % per month amounting to 18.00% per year is applied to the unpaid balance beginning 30 days from the date of this agreement. Any additional services or merchandise ordered or requested after the date of this agreement will be considered part of this agreement and the cost thereof will be reflected on the final statement. I acknowledge that I have received the general price list and have been offered for review the casket price list and the outer burial container price list.

Signed _____ Dated _____

Daughter
Relationship to Deceased

Co-signed Stephanie Hollingsworth  Dated
Name of funeral home representative Stephanie Hollingsworth

Relationship to Deceased   Initials

**HINTON, Velma**

Funeral Services for Mrs. Velma M. Hinton (Lewis) of Atlanta, Georgia will be held Thursday, April 16, 2009, 12:30 P.M. at the Chapel of Donald Trimble Mortuary (Reverend H. J. Taylor, Officiating). Interment Lincoln Cemetery, Atlanta. She is survived by five daughters, Dr. Sherlon Moon, Deborah Lewis, Carla Swinger, Barbara Ashberry (Willie), and Adrian Richa (Greg); thirteen grandchildren, Jamico, Michael, Velma (Garrick), Omar, Corey, Sheldron, Sandy, LaTonya, Johnny, Sherrica, Meosha, and Greg; great grandchildren, Kiana, Mikal, Marcus (Man-Man), Kendall (CJ), Makayla, DeMarcus, Ashley, Kerry, Keevin, Sirnard (Scooby), Christopher, Kamaria, Johnny Jr. (Baby J.), Amber, Aaron, Carlos, and Janiya; five sisters, Delores Hubbard (Paul), Deborah Hammonds, Cathleen Gary, Barbara Washington (Ron), and Gwendolyn Reid; sister-in-law, Gail Lewis; a host of other great grands, nieces, nephews, cousins, other relatives and friends. Donald Trimble Mortuary, Inc., 1876 Second Avenue, (404) 371-0772-3.

*Service by Professionals*

*Donald Trimble Mortuary, Inc.*
1876 Second Avenue, Decatur, Georgia 30032
(404) 371-0772-3
condolences at ajc.com