# EXHIBIT 16

Velma Middlerooks Hinton # 00J280343 http://mail.google.com/mail/

Gmail Calendar Documents Photos Reader Web more ▾ sherionmoon@gmail.com | Settings | Older version | Help | Sign out

Search Mail Search the Web Show search options Create a filter

Compose Mail

Inbox (227)
Starred
Chats
Sent Mail
Drafts (9)
All Mail
Spam (258)
Trash

Contacts

Chat

Search, add, or invite

sherion moon
Set status here

khoward2630@gmail.com wants to be able to chat with you. Okay?
yes no

Algernon Harris
candice ellis
Candice Harvey
Catie Zuckerman
ERIKA SKYE MCGOWA
KRYSTAL REDDIE
Lashe'e Cole
maccara reed
melissa kemp
Ms Tidwell

Options Add Contact

Labels

Edit labels

Invite a friend
Give Gmail to:

Send Invite 50 left

Preview Invite

Send Save Now Discard Draft autosaved at 5:48 AM (0 minutes ago)

To: info@buy-globe-life.com

Add Cc | Add Bcc

Subject: FRUAD ALERT:Re:VELMA MIDDLEBROOKS POLICY# 00J280383

Attach a file

« Plain Text Check Spelling

Velma Middlebrook's policy has two unauthorized beneficiaries prevalent and should be investigated immediately. Barbara Mallory and Adrian Rich was not authorized by Velma Middlebrooks as beneficiaries; thus, she authorized Dr. Sherion Moon and/or Deborah Lewis as beneficiaries on this policy. Please Contact Dr. Sherion Moon for validity of fraudulent activities and Power of Attorney for Velma Middlebrooks immediately at REDACTED

Thank you.

Dr. Moon

cc-M. Arrington, Attorney

Send Save Now Discard Draft autosaved at 5:49 AM (0 minutes ago)

Add a personalized signature to all your outgoing messages. Learn more

You are currently using 95 MB (1%) of your 7316 MB.

Last account activity: 24 minutes ago on this computer. Details

Gmail view: standard | turn off chat | basic HTML Learn more

©2009 Google - Terms - Privacy Policy - Gmail Blog - Join the Gmail team - Google Home

APR 16 2009