# EXHIBIT 17



May 15, 2009

Dr. Sherion Moon
REDACTED
Powder Springs, GA 30127

RE: Insured: Velma Middlebrooks
Policy: 00J280363
DOD: April 10, 2009

Dear Dr. Moon:

We are in receipt of your correspondence dated 04/29/09 for the above referenced life insurance policy and insured. Again, please accept our condolences for your loss.

We are in receipt of the dispute between yourself, Adrian Rich and Barbara Mallory concerning the beneficiary designation for the above referenced policy and related claim. Please understand that it is our obligation to process the proceeds of a life insurance policy to the beneficiary designation recorded on file at the time of death. According to our records, Adrian Rich and Barbara Mallory were named the beneficiaries of this policy on 03/16/09 per Ms. Middlebrooks request. We have no record of receiving Power of Attorney documents from you at any time during the life of this policy; therefore, there was no reason not to change the beneficiary designation per the request of Ms. Middlebrooks.

Dr. Moon, if you have documentation such as hospital records, notes or physician statements indicating that Velma Middlebrooks was incapacitated on 03/16/09 and thus would have been unable to make the beneficiary change, please submit it to our office for consideration.

If you, Barbara Mallory and Adrian Rich are unable to come to an agreement concerning the payment of benefits for this policy, we will have no choice but to interplead the funds through the court. When this happens, the courts will decide who the proceeds of the policy are paid to.

You may also fax your response back to us at (405) 270-1496 attention: Life Claims, in an effort to expedite our processing of this claim. Thank you in advance for your assistance. Please contact us if you have any questions.

Sincerely,

*Dawn Mitchell*

Dawn D. Mitchell
Life Benefits Division

DDM/klf
Enc: RE.

COPY