# EXHIBIT 18

5/26/09                    Policy #    00J280363

To: Mrs. Mitchell          From:              Re: Mom
                            Dr. Sherin Mom     Delma M.
                                               Hinton

This is the 3rd and final
request for release of my
mother's Life Insurance benefit.
I have provided you with adequate
and Legal proof of being my
mother's beneficiary. It was
                Legal and only
immoral and unlawful for you
to allow fraudulent changes to
my mother's policy on 3/16/09
(25 days prior to her death and a Hospice
                                    3/8/09
patient). My Mother was not allowed
and could not sign any documents
during this state. I have attached
pictures of her condition 2 days (3/16/09)
after
prior to her being admitted to Terminal
Care at Dekalb Medical" (3/13/09).

Please note that:
My Signature is the only signature on
"All" Legal Documents. Dr Sherin Mecon (Sher)

(left margin, rotated) Attached 1) Original death certificate 2) Pictures 3/19/09 3) and Medical records