# EXHIBIT 19



Attn: Life Claim                                    5/26/09

To whom it may concern, I Adrian is filing a Life Claim on Velma Middlebrooks Hinton. Policy # 00J280363. My Mother REDACTED

Please send the check to my new Address: REDACTED Dothan, AL 36303.

Best time to contact me is in the mornings.
Home - REDACTED
Cell - REDACTED

MAY 28 2009 CLAIMS

Thank you,
Adrian Rich