# EXHIBIT 21



**GLOBE LIFE AND ACCIDENT INSURANCE COMPANY**
GLOBE LIFE CENTER • OKLAHOMA CITY, OKLAHOMA 73184 • (972) 540-6542

9/23/2009

Dr. Sherion Moon

Powder Springs, GA 30127

                    RE:    Policy:             00J280363
                             Insured Name:  Velma Middlebrooks
                             DOD:            April 10, 2009

Dear Dr. Moon:

We are writing in regards to the above referenced policy and insured. Again, please accept our condolences on your loss.

We are in receipt of the dispute between yourself, Adrian Rich and Barbara Mallory concerning the beneficiary designation for the above referenced policy and related claim. This letter is to advise you that if all parties are unable to come to an agreement concerning the payment of benefits for this policy within 30 days, we will have no choice but to interplead the funds through the court. When this happens, the courts will decide who the proceeds of the policy are paid to.

We have satisfactorily explained the matter. Please contact us if you have any questions.

Sincerely,


Dawn D. Mitchell
Life Benefits Division

DDM/klf
Ecn: RE
CC: Barbara Mallory
     Adrian Rich



**GLOBE LIFE AND ACCIDENT INSURANCE COMPANY**
GLOBE LIFE CENTER • OKLAHOMA CITY, OKLAHOMA 73184 • (972) 540-6542

9/23/2009

Adrian Rich
REDACTED
Atlanta, GA 30318-5924

RE: Policy:           00J280363
    Insured Name: Velma Middlebrooks
    DOD:             April 10, 2009

Dear Ms. Rich:

We are writing in regards to the above referenced policy and insured. Again, please accept our condolences on your loss.

We are in receipt of the dispute between yourself, Barbara Mallory and Sherion Moon concerning the beneficiary designation for the above referenced policy and related claim. This letter is to advise you that if all parties are unable to come to an agreement concerning the payment of benefits for this policy within 30 days, we will have no choice but to interplead the funds through the court. When this happens, the courts will decide who the proceeds of the policy are paid to.

We have satisfactorily explained the matter. Please contact us if you have any questions.

Sincerely,


Dawn D. Mitchell
Life Benefits Division

DDM/klf
Ecn: RE
CC: Sherion Moon
    Barbara Mallory



**GLOBE LIFE AND ACCIDENT INSURANCE COMPANY**
GLOBE LIFE CENTER • OKLAHOMA CITY, OKLAHOMA 73184 • (972) 540-6542

9/23/2009

Barbara Mallory
REDACTED
Atlanta, GA 30318-5924

RE:  Policy:         00J280363
     Insured Name:   Velma Middlebrooks
     DOD:            April 10, 2009

Dear Ms. Mallory:

We are writing in regards to the above referenced policy and insured. Again, please accept our condolences on your loss.

We are in receipt of the dispute between yourself, Adrian Rich and Sherion Moon concerning the beneficiary designation for the above referenced policy and related claim. This letter is to advise you that if all parties are unable to come to an agreement concerning the payment of benefits for this policy within 30 days, we will have no choice but to interplead the funds through the court. When this happens, the courts will decide who the proceeds of the policy are paid to.

We have satisfactorily explained the matter. Please contact us if you have any questions.

Sincerely,


Dawn D. Mitchell
Life Benefits Division

DDM/klf
Ecn: RE
CC: Sherion Moon
    Adrian Rich