RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 18 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 04 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>DEBORAH LEWIS, BARBARA )<br>MALLORY, SHERION MOON, and )<br>ADRIAN RICH )<br>)<br>Defendants )<br>) | CIVIL ACTION FILE<br><br>NO. 1 09-cv-3574 TCB |

## ORDER

GLOBE LIFE AND ACCIDENT INSURANCE COMPANY ("Globe Life") has filed its complaint in interpleader and has requested permission to present its check, payable to the Clerk of this Court, as a deposit into the registry of this Court the amount of $15,000, plus any applicable interest, representing the life insurance benefits payable pursuant to Policy No. 00J280363 as a consequence of the death of Velma Middlebrooks, a/k/a Velma Hinton.

NOW, THEREFORE, it is ordered that the Clerk of this Court accept the aforesaid check and receive into the registry of this Court the sum of $15,000, plus any applicable interest, for ultimate disposition by order of this Court in the above-styled action.

This 4th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

Order presented by:

_____
Kenton J. Coppage
Georgia Bar No. 187190
Dorothy H. Cornwell
Georgia Bar No. 552635

Attorneys for Globe Life and
Accident Insurance Company

SMITH MOORE LEATHERWOOD LLP
1180 West Peachtree Street
Atlantic Center Plaza, Suite 2300
Atlanta, Georgia 30303
(404) 962-1000 – Telephone
(404) 962-1200 – Facsimile
*kent.coppage@smithmoorelaw.com*
*dorothy.cornwell@smithmoorelaw.com*