Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Deborah Lewis__
was received by me on *(date)* __3/15/10__.

☑ I personally served the summons on the individual at *(place)* __REDACTED, Lithonia__
__Georgia, 30058__ on *(date)* __3/16/10__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __88.75__ for travel and $ __37.50__ for services, for a total of $ __126.25__.

I declare under penalty of perjury that this information is true.

Date: __3/17/10__

_____
Server's signature

__Michael A. Connell, Investigator__
Printed name and title

__11770 Haynes Br Rd, Ste 205-314, Alpharetta GA 30009__
Server's address

Additional information regarding attempted service, etc: